## United States Bankruptcy Court
### Southern District of California

In re    **Pulse-LINK, Inc.**

Debtor

Case No. __**09-17333**__

Chapter __**11**__

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **See Attached** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CTO/Board Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __Dec. 17, 2009__    Signature __/s/ John Santhoff__

John Santhoff
CTO/Board Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

___9___ continuation sheets attached to List of Equity Security Holders

| Name | Preferred Stock | Common Stock |
|---|---:|---:|
| **Pulse-LINK** | | |
| **Equity List** | | |
| **As of : 06/10/08** | | |
| Al Barthin Holdings Limited | | |
| PO Box 1771 | | |
| Safat 13018 Kuwait | | 123,120 |
| Al Bouijan | | |
| PO Box 2921 | | |
| Safat 13030 Kuwait | | 61,640 |
| Al Muneefi | | |
| PO Box 53302 | | |
| Nuzha 73064 Kuwait | | 100,780 |
| Balvest Holdings Limited | | |
| PO Box 1855 | | |
| Mubarak Al-Kabeer St. Al-Duaij | | |
| Safat 13019 Kuwait | | 915,052 |
| Blevins, Tom | | |
| 7027 Hugh Drive | | |
| Panama City, FL 32404 | | 102,040 |
| Caitlin Kelley | | |
| 227 La Mesa Avenue | | |
| Encinitas, CA 92024 | | 20,000 |
| Creel, Myron | | |
| 218 N. MaryElla Avenue | | |
| Panama City, FL 32404 | | 350,000 |
| Danny White | | |
| 7911 N. Lagoon Dr. | | |
| Panama City Beach, FL 32408 | | 190,000 |
| Dillon, Paul | | |
| 11693 San Vicente Blvd., #445 | | |
| Los Angeles, CA 90049 | | 486,284 |
| Donald Ambrose | | |
| 12348 High Buff Drive, Suite 210 | | |
| San Diego, CA 92130 | | 18,816 |
| Edward Mansi | | |
| PO Box 502573 | | |
| San Diego, CA 92150 | | 303,540 |
| Gullickson, Patricia | | |
| 444 E. Meadow Lane | | |
| Big Bear City, CA 92314 | | 1,216,150 |
| HB Ventures (HHR) | | |
| Harvey Rosen | | |
| 4265 Marina City Drive, #1117 | | |
| Marina Del Rey, CA 90292 | | 306,116 |

| **Pulse-LINK** | | |
|---|---|---|
| **Equity List** | | |
| **As of : 06/10/08** | | |
| | | |
| *Name* | Preferred Stock | Common Stock |
| Hefner & Wright Inc. <br> Buddy Hefner <br> 1717 Arrowhead Trail, N.E. <br> Atlanta, GA 30345 | | 204,080 |
| Herbert & Annabel Schnall <br> PO Box 9457 <br> Rancho Santa Fe, CA 92067 | | 37,037 |
| HRH Fawz Holdings Limited <br> Waddah Al Mousa <br> Al-Sourt St., Sahari Tower, 2nd Fl. <br> Salhia 13095 Kuwait | | 6,413,264 |
| James Dennison <br> 31404 Club Vista Lane <br> Bonsall, CA 92003 | | 20,000 |
| Jamson Holdings Limited <br> Jassem Mohd Othman AlMousa <br> PO Box 53302 <br> Nuzha 73064 Kuwait | | 720,796 |
| Fortune Twenty-Fifth, Inc. -Fred Kayne <br> 1800 Avenue of the Stars, Suite 310 <br> Los Angeles, CA 90067 | | 166,668 |
| JFS Holdings Limited <br> Wael J. Al Mousa <br> Al-Sour St., Sahari Tower, 2nd Fl. <br> Salhia 13095 Kuwait | | 1,917,032 |
| John W. Keenan III <br> 11822 Sand Dune Drive <br> Panama City, FL 32407 | | 25,000 |
| Kaber International Corporation <br> Wael J. Al Mousa <br> Al-Sour St., Sahari Tower, 2nd Fl. <br> Salhia 13095 Kuwait | | 527,804 |
| Muhanned Al Bouijan <br> PO Box 2921 <br> Safat 13030 Kuwait | | 23,480 |
| Nazwa Holdings Limited <br> H.H. Sheikh Mishal J. Al Sabah <br> PO Box 1771 <br> Safat 13018 Kuwait | | 694,832 |

| **Pulse-LINK** | | |
|---|---:|---:|
| **Equity List** | | |
| **As of : 06/10/08** | | |
| | | |
| *Name* | Preferred Stock | Common Stock |
| Pan Arab Company<br>Hamad Mohammed Al Wazzan<br>PO Box 53302<br>Nuzha 73064 Kuwait | | 172,416 |
| Regan, Gordon, Jr.<br>11720 Nicklaus Circle<br>Tampa, FL 33624 | | 10,850 |
| Robert and Sarah Hurst<br>1415 Wildridge Rd.<br>Lynn Haven, FL 32444 | | 20,000 |
| Robert David Wickham<br>5302 Worthington Drive<br>Bethesda, MD 20816 | | 28,000 |
| Santhoff, John<br>6434 Kinglet Way<br>Carlsbad, CA 92009 | | 8,982,584 |
| Susan Ambrose<br>15957 Avenida Calma<br>Rancho Santa Fe, CA 92091 | | 18,816 |
| Swiftel International<br>Mohamed Al-Otaibi<br>PO Box 29890<br>Safat 13159 Kuwait | | 114,944 |
| Thomas & Carol Puckett<br>PO Box 9063<br>Rancho Santa Fe, CA 92067 | | 37,037 |
| Thurman Cothran<br>4413 Schooner Lane<br>Lynn Haven, FL 32444 | | 20,000 |
| Trabuco Ltd.<br>Stuart Monroe<br>450 Merrimans Lane<br>Winchester, VA 22601 | | 327,571 |
| United Muberikyah Company<br>Naser M.A.H. Al Ajmi<br>Al-Sour St., Sahari Tower, 2nd Fl.<br>Salhia 13095 Kuwait | | 287,360 |
| Watkins, Bruce<br>1757 Grand Avenue<br>Del Mar, CA 92014 | | 3,875,000 |
| | | |

| **Pulse-LINK** | | |
|---|---:|---:|
| **Equity List** | | |
| **As of : 06/10/08** | | |
| | | |
| *Name* | Preferred Stock | Common Stock |
| Aalam Almesila<br>PO Box 22601<br>Safat 13097 Kuwait | 188,500 | |
| Abdul Rahman Naser Al Saeed<br>PO Box 2553<br>Safat 13026 Kuwait | 226,195 | |
| Abdul Moshen Naser Al Saeed<br>PO Box 38156<br>Abdulla Salem 72252 Kuwait | 188,502 | |
| Al Imtiaz Investment Co.<br>PO Box 29050<br>Safat 13151 Kuwait | 1,131,000 | |
| Al Madar for Finance and Investment<br>Bader AlBahar<br>PO Box 1376<br>Safat 13014 Kuwait | 565,504 | |
| Al Manar Kuwait United Gen+Trd.Co<br>Bader Al-Fahad<br>PO Box 17495<br>Al-Khalidyah 72455 Kuwait | 377,003 | |
| Al Raya Real Estate Co.<br>PO Box 2553<br>Safat 13026 Kuwait | 376,996 | |
| Aljuman Global Company W.L.L.<br>Abdulaziz Y.A. AlSaqer<br>PO Box 20533<br>Safat 13066 Kuwait | 201,500 | |
| AlSaqer Combined Real Estate Company W.L.L.<br>Nasser Y.A. AlSaqer<br>PO Box 20533<br>Safat 13066 Kuwait | 201,500 | |
| Anwar Ahmed Rashid Al Fuzaie<br>PO Box 24989<br>Safat 13110 Kuwait | 188,501 | |
| Ayad and Naser H. Al Refai<br>PO Box 717<br>Safat 13008 Kuwait | 377,003 | |
| Bader Abdulmohsen Abdulaziz Almukhaizeem<br>PO Box 24989<br>Safat 13110 Kuwait | 377,003 | |

| **Pulse-LINK** | | |
|---|---|---|
| **Equity List** | | |
| **As of : 06/10/08** | | |
| | | |
| *Name* | Preferred Stock | Common Stock |
| Balasem General Trading Co - Sheikh Abdullah S. Al Sabah<br>Sheikh Abdullah S. Al Sabah<br>PO Box 1855<br>Mubarak Al-Kabeer St. Al-Duaij<br>Safat 13019 Kuwait | 377,000 | |
| Balvest Holdings LTD<br>Sheikh Abdullah Al Sabah<br>PO Box 1855<br>Mubarak Al-Kabeer St. Al-Duaij<br>Safat 13019 Kuwait | 188,500 | |
| Commercial Facilities<br>Abdullah Saud Al Humaidhi<br>PO Box 24284<br>Safat 13103 Kuwait | 188,500 | |
| Daesam Real Estate Co.<br>Rashed Salem Al-Rashed<br>Altaf Complex<br>Abdullah Al Mubarak St.<br>Al Murgqab, Kuwait | 753,997 | |
| Dana Holding Company<br>Faud A. AlOmar<br>PO Box 64562<br>Shuwiak (B) 70456 Kuwait | 56,550 | |
| Eman Abdullah Al Qudhibi<br>PO Box 717<br>Safat 13008 Kuwait | 150,794 | |
| Equipment Holding Company<br>Ahmed Hmoud Al-Khadda<br>PO Box 192<br>Safat 13002 Kuwait | 5,089,470 | |
| Fahad F. Al-Refae<br>House 31A, St. 7, Block 4<br>1st Fl. Apt. 1<br>Mishref Kuwait | 100,000 | |
| Faisal Ghanim Al-Dabbous<br>Seaside Road, Block 11<br>Gulf Indian School<br>Fahahell Kuwait | 282,753 | |
| Fatema Saud Alfozan<br>PO Box 144<br>Safat 13002 Kuwait | 75,400 | |

| **Pulse-LINK** | | |
|---|---|---|
| **Equity List** | | |
| **As of : 06/10/08** | | |
| | | |
| *Name* | Preferred Stock | Common Stock |
| Fuad Saud Alfozan<br>PO Box 144<br>Safat 13002 Kuwait | 75,400 | |
| Hilary Nominees LTD | 377,011 | |
| Hmoud Al-Khadda & Partners General Trading & Contracting<br>Waddah Al Mousa<br>Al-Sour St.<br>Sahari Tower, 2nd Fl.<br>Salhia 13095 Kuwait | 716,305 | |
| Inheritors of Nasser Sabah Al-Nasser Al-Sabah<br>Sheikha Mariam Nasser Al-Sabah<br>PO Box 433<br>Safat 13005 Kuwait | 226,168 | |
| International Financial Advisors K.S.C.<br>Saleh S. Al Selemi<br>PO Box 4694<br>Al-Salhia Complex<br>Safat 13407 Kuwait | 377,000 | |
| Jamson Holding, Ltd<br>Jassem Mohd Othman AlMousa<br>PO Box 53302<br>Nuzha 73064 Kuwait | 2,620,061 | |
| Jassem Mohd Othman Almousa<br>Jassem Mohd Othman AlMousa<br>PO Box 53302<br>Nuzha 73064 Kuwait | 94,249 | |
| Jassim Abdulla Yousef Alabdulhadi<br>c/o Equipment Holding Company K.S.C.C.<br>PO Box 192<br>Safat 13002 Kuwait | 377,002 | |
| Jehad S. Al Humaidhi<br>PO Box 17298<br>Khaldia 72453 Kuwait | 22,620 | |
| Kaber International K.S.C.C.<br>Wael J. Al Mousa<br>Al-Sour St.<br>Shari Tower, 2nd Fl.<br>Salhia 13095 Kuwait | 92,032 | |
| Khaled A. Al-Rashed<br>PO Box 242<br>Safat 13003 Kuwait | 80,000 | |

| **Pulse-LINK** | | |
|---|---|---|
| **Equity List** | | |
| **As of : 06/10/08** | | |
| | | |
| *Name* | Preferred Stock | Common Stock |
| Khaled Abdullah Al-Hajeri<br>PO Box 22244<br>Safat 13083 Kuwait | 10,000 | |
| Khaled Khalifa Al-Dabous<br>PO Box 7176<br>Fahaheel 64002 Kuwait | 94,251 | |
| Khalifa Ali Al-Hitmi<br>PO Box 7453<br>Doha Qatar | 37,700 | |
| Khalifah M. Al-Dabous<br>PO Box 7244<br>Fahaheel 64003 Kuwait | 94,251 | |
| Kuwait & Middle East Financial Investment Co.<br>Mr. Mohammed Al Marzook<br>PO Box 819<br>Safat 13009 Kuwait | 512,724 | |
| Kuwait Cement<br>Rashed Abdulaziz Al-Rashed<br>PO Box 20581<br>Safat 13066 Kuwait | 760,000 | |
| Kuwait Financial Centre/Markaz<br>PO Box 23444<br>Safat 13095 Kuwait | 377,004 | |
| Kuwait Pipe Industries & Oil Services Co.<br>Loay Jassim Mohamed Al Kharafi<br>PO Box 3416<br>Safat 13035 Kuwait | 377,001 | |
| Kuwait Real Estate Company<br>Othman Ahmad Al Sumait<br>PO Box 1257<br>Safat 13013 Kuwait | 360,000 | |
| Loay Jassim Mohamed Al Kharafi<br>PO Box 64700<br>Al-Shuwaikh 70458 Kuwait | 377,001 | |
| Mane Al Sane<br>Ahmad Al-Jaber Street, Block #1<br>Wafra Real Estate Bldg.<br>Sharq Kuwait | 188,500 | |

| **Pulse-LINK** | | |
|---|---|---|
| **Equity List** | | |
| **As of : 06/10/08** | | |
| | | |
| *Name* | Preferred Stock | Common Stock |
| Mazen Dawood Suliman Alsardi<br>c/o Equipment Holding Company K.S.C.C.<br>Attn: Mazen Dawood Suliman Alsardi<br>PO Box 192<br>Safat 13002 Kuwait | 94,249 | |
| Mobile Telecommunications Co, KSC<br>Dr. Saad Al Barrack<br>PO Box 22244<br>Safat 13083 Kuwait | 3,110,276 | |
| Mohammed N. Al-Hajery and Sons LTD<br>PO Box 22244<br>Safat 13002 Kuwait | 94,252 | |
| Najeba Rashdan Mohd Al-Roomi<br>Block #1, Street #4<br>House #745<br>Qurtoba Kuwait | 452,392 | |
| National Investments Co. KSC - Asa'ad A. Al Banwan<br>Attn: Corporate Finance Department<br>PO Box 25667<br>Safat 13117 Kuwait | 3,203,147 | |
| Nazwa Holdings Limited<br>PO Box 1771<br>Safat 13018 Kuwait | 226,168 | |
| Raed Faisal Saoud Al-Daboos | 94,251 | |
| Rashed A. Al-Rashed<br>PO Box 242<br>Safat 13003 Kuwait | 188,501 | |
| Rouya United Real Estate Co. | 84,814 | |
| Sabika M. Al-Kulaib<br>PO Box 144<br>Safat 13002 Kuwait | 226,194 | |
| Sami Abdulla Alabdulhadi<br>c/o Equipment Holding Company K.S.C.C.<br>Attn: Waleed Al-Mannae<br>PO Box 192<br>Safat 13002 Kuwait | 188,501 | |
| Saud Abdulaziz Al-Rashad<br>PO Box 242<br>Safat 13003 Kuwait | 277,100 | |

| **Pulse-LINK** | | |
|---|---|---|
| **Equity List** | | |
| **As of : 06/10/08** | | |
| | | |
| *Name* | Preferred Stock | Common Stock |
| Sheikha Dana Nasser Sabah A. Al-Sabah<br>PO Box 1855<br>Al-Kabeer St. Al-Duaij Bldg.<br>Safat 13019 Kuwait | 150,800 | |
| Southbay Limited<br>Glenn Kelly<br>PO Box 76, Wests Centre<br>Channel Islands JE4 8PQ United Kingdom | 94,250 | |
| Waleed Al Mannae<br>c/o Equipment Holding Company K.S.C.C.<br>Attn: Waleed Al-Mannae<br>PO Box 192<br>Safat 13002 Kuwait | 113,101 | |
| Waleed Al Nusif<br>Attn: Corporate Finance Dept.<br>PO Box 25667<br>Safat 13117 Kuwait | 188,500 | |
| Yousef Ahmed Al Sager<br>Al-Sour St.<br>Sahari Tower, 2nd Floor<br>Salhia 13095 Kuwait | 188,500 | |
| Yousef Ahmed Yousef Al Rashid Al Bader<br>PO Box 23331<br>Safat 13094 Kuwait | 350,000 | |
| Yousef Ali Yousef Al Rashid Al Bader<br>PO Box 23331<br>Safat 13094 Kuwait | 250,000 | |